

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2019

No. 04-19-00605-CV

**IN RE SAKS & COMPANY LLC** d/b/a Saks Fifth Avenue Off 5th and Dennis Joseph Belmonte

Original Mandamus Proceeding[1]

## ORDER

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On September 6, 2019, relators filed a petition for a writ of mandamus and a motion for emergency relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file responses to the petition in this court **no later than September 16, 2019.** Any response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED. The trial court's August 29, 2019 "Order Denying Defendants' Motions to Quash" is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on September 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI22528, styled *Danielle Stefani Arellano Castro v. Saks & Company LLC d/b/a Saks Fifth Avenue Off 5th and Dennis Joseph Belmonte*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.